## United States Bankruptcy Court
### District of New Jersey

In re   **Alexander Jimenez**                                        Case No.   **13-10273**
                            Debtor(s)                                 Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, **Schedule A** is transmitted herewith:

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  **January 21, 2013**          **/s/ Barry N. Frank**
                                     Barry N. Frank
                                     Attorney for Debtor(s)
                                     The Law Firm of Barry N. Frank & Associates PC
                                     440 West Street
                                     3rd Floor
                                     Fort Lee, NJ 07024
                                     201-482-0633 Fax:201-482-0631
                                     bnfrankesq@gmail.com