**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 13−10273−RG | **DATE FILED::** 1/7/13 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Alexander Jimenez<br>xxx−xx−0426 | ADDRESS OF DEBTOR(S):<br><br>924 East 19th Street<br>Paterson, NJ 07501 |
| DEBTOR'S ATTORNEY:<br>Barry N. Frank<br>Law Firm of Barry N. Frank & Associates<br>440 West Street, 3rd flr.<br>Fort Lee, NJ 07024<br><br>201−461−2500 | TRUSTEE:<br>Gary S. Jacobson<br>Herold Law, P.A.<br>25 Independence Boulevard<br>Warren, NJ 07059−6747<br>908−484−1101 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/28/13

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 27, 2013                                       FOR THE COURT

James J. Waldron, Clerk

FORM NOA Rev. 2/96

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-10273-RG
Alexander Jimenez                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: cpurcell              Page 1 of 3              Date Rcvd: Feb 27, 2013
                               Form ID: noa                Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
```
db          +Alexander Jimenez,    924 East 19th Street,    Paterson, NJ 07501-3614
513595777   +BIO-REFERENCE LABORATORIES,    487 EDWARD H. ROSS DRIVE,    Elmwood Park, NJ 07407-3127
513595776   +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
513595778   +Bk Of Amer,    Po Box 982235,    El Paso, TX 79998-2235
513626460   +NJ Family Care,    PO Box 8367,    Trenton, NJ 08650-0367
513626461    Revenue Collection Division,    City Hall,    Paterson, NJ 07505
513595789   +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
513595790  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: leah.bynon@usdoj.gov Feb 27 2013 19:07:55    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2013 19:07:52    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
513595775   +EDI: AMEREXPR.COM Feb 27 2013 18:33:00    Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
513595779    EDI: CAPITALONE.COM Feb 27 2013 18:33:00    Cap One,    Po Box 85520,    Richmond, VA 23285
513595780   +EDI: CHASE.COM Feb 27 2013 18:33:00    Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513595781   +EDI: CITICORP.COM Feb 27 2013 18:33:00    Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
513595782   +EDI: CITICORP.COM Feb 27 2013 18:33:00    Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
513595783   +EDI: DISCOVER.COM Feb 27 2013 18:33:00    Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
513595784   +EDI: HFC.COM Feb 27 2013 18:33:00    Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513595785   +EDI: TSYS2.COM Feb 27 2013 18:33:00    Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
513595786   +EDI: SEARS.COM Feb 27 2013 18:33:00    Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
513595788   +EDI: TDBANKNORTH.COM Feb 27 2013 18:33:00    Td Bank N.A.,    1100 Lake St,
              Ramsey, NJ 07446-1275
513595787   +EDI: TDBANKNORTH.COM Feb 27 2013 18:33:00    Td Bank N.A.,    32 Chestnut St,
              Lewiston, ME 04240-7799
                                                                                              TOTAL: 13
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
513660377*   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
513660379*   +BIO-REFERENCE LABORATORIES,    487 EDWARD H. ROSS DRIVE,    Elmwood Park, NJ 07407-3127
513660378*   +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
513660380*   +Bk Of Amer,    Po Box 982235,    El Paso, TX 79998-2235
513660381*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
513660382*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513660383*   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
513660384*   +Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
513660385*   +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
513660386*   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513660387*   +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
513660388*   +NJ FAMILY CARE,    PO BOX 8367,    Trenton, NJ 08650-0367
513660389*    REVENUE COLLECTION DIVISION,    CITY HALL,    Paterson, NJ 07505
513660390*   +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
513660392*   +Td Bank N.A.,    1100 Lake St,    Ramsey, NJ 07446-1275
513660391*   +Td Bank N.A.,    32 Chestnut St,    Lewiston, ME 04240-7799
513660393*   +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
513660394*  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
                                                                                 TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: cpurcell              Page 2 of 3           Date Rcvd: Feb 27, 2013
                              Form ID: noa                Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0312-2           User: cpurcell              Page 3 of 3                  Date Rcvd: Feb 27, 2013
                               Form ID: noa                Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2013 at the address(es) listed below:
              Barry N. Frank    on behalf of Debtor Alexander Jimenez bnfrankesq@gmail.com
              Gary S. Jacobson    gsjtrustee@aol.com, NJ40@ecfcbis.com
                                                                                             TOTAL: 2
```